FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL SERRANO,<br><br>  Plaintiff,<br><br>  v.<br><br>TROOPER RUSSELL LEE SANDERS;<br>TROOPER TOM SHIREY; and<br>SERGEANT MICHAEL FAULK,<br><br>  Defendants. | No. 2:21-CV-000191-SAB<br><br>**ORDER OF DISMISSAL** |

 Before the Court is the parties' Stipulated Motion and Order Dismissing With Prejudice, ECF No. 69. Plaintiff is represented by Douglas Phelps. Defendants are represented by David Force. The motion was considered without oral argument.

 The parties have informed the Court of a resolution in this matter and now request a dismissal of all claims with prejudice and without costs to either party. The Court grants the motion.

 Accordingly, **IT IS HEREBY ORDERED:**

 1. The parties' Stipulated Motion and Order Dismissing With Prejudice, ECF No. 69, is **GRANTED**.

//

**ORDER OF DISMISSAL** ~ 1

2.    This matter is **DISMISSED with prejudice** and without costs to either party.

**IT IS SO ORDERED**. The Clerk of the Court is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 26th day of June 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** ~ 2